NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FEB 22 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAN VAN DUSEN, | No. 16-16983 |
| Plaintiff-Appellant, | D.C. No. 3:16-cv-04976-LB |
| v. | |
| CATHERINE D. PURCELL, Presiding Judge of the State Bar Court, San Francisco; et al., | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Northern District of California
Laurel D. Beeler, Magistrate Judge, Presiding

Submitted February 13, 2018**

Before:    LEAVY, FERNANDEZ, and MURGUIA, Circuit Judges.

Jan Van Dusen, an attorney, appeals pro se from the magistrate judge's order

dismissing her 42 U.S.C. § 1983 action alleging constitutional claims arising out of

her interim suspension from the practice of law in the State of California.  We have

---

\*    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

jurisdiction under 28 U.S.C. § 1291.  We review de novo whether the magistrate judge validly entered judgment on behalf of the district court.  *Allen v. Meyer*, 755 F.3d 866, 867-68 (9th Cir. 2014).  We vacate and remand.

Van Dusen consented to proceed before the magistrate judge.  *See* 28 U.S.C. § 636(c).  The magistrate judge then screened and dismissed Van Dusen's action before the named defendants had been served.  *See* 28 U.S.C. § 1915(e)(2)(B)(ii).  Because all parties, including unserved defendants, must consent to proceed before the magistrate judge for jurisdiction to vest, *Williams v. King*, 875 F.3d 500, 503-04 (9th Cir. 2017), we vacate the magistrate judge's order and remand for further proceedings.

**VACATED and REMANDED.**